IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WANNETTA PREMUSCA, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00040-TES |
| | * |
| DKC TRANSPORTATION, LLC; TONY ROBBINS; JOHN DOE; and JOHN DOE, LLC, | * |
| Defendants. | * |

## JUDGMENT

Pursuant to this Court's Order dated March 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 21st day of March, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk